UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RODOLFO RUIZ,

              Petitioner,

  -against-

WILLIAM PHILLIPS,

              Respondent.
---------------------------------------------------------------X

JUDGMENT
03-CV- 5426 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2006 ★

**BROOKLYN OFFICE**

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 10, 2006, denying petitioner's application for a writ of habeas corpus; and ordering that a Certificate of Appealability is not granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is denied; and that a Certificate of Appealability is not granted.

Dated: Brooklyn, New York
       March 13, 2006

                            s/Robert C. Heinemann
                            ROBERT C. HEINEMANN
                            Clerk of Court